IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| IN RE: | : | |
| | : | |
| TORRE RANDOLPH | : | |
| | : | NO. 12-005 |

## ORDER

**AND NOW**, this 19th day of January, 2012, upon consideration of Petition for Removal (Doc. No. 1), it is hereby **ORDERED** that the Petition is **DENIED.** The case is remanded forthwith to the Chester County Court of Common Pleas. The Clerk of Court is instructed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE